United States District Court
Southern District of Texas
**ENTERED**
May 01, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

No. 3:21-cv-033

MARK A. MUNOZ, SR., TDCJ #02058961, PLAINTIFF,

v.

BRYAN COLLIER, *ET AL.*, DEFENDANTS.

## FINAL JUDGMENT

JEFFREY VINCENT BROWN, UNITED STATES DISTRICT JUDGE.

For the reasons set forth in the Order of Dismissal signed on this day, this case is **DISMISSED** with prejudice as to the claims for damages, and without prejudice as to the claims for injunctive relief.

This is a **FINAL JUDGMENT**.

The Court shall enter this Order and provide copies to the parties.

Signed on Galveston Island this __1st__ day of ___May_____, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

1/ 1